IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN DAVIS, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br> -v-<br><br>PICASSO STYLE, INC.,<br><br>      Defendant. | Civil Case Number: 1:21-cv-05794-JPO |

### DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 12, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-05794-JPO**, are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action
The Clerk is directed to close this case.

**SO ORDERED THIS 15th day of November 2021.**

_____
J. PAUL OETKEN
United States District Judge